**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Foley, Brian Patrick** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Foley, Jeanine Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  **8634** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  **0043** |
| Street Address of Debtor (No. and Street, City, and State)<br>**16128 Carlow Circle**<br>**Manhattan, IL**                         ZIPCODE **60442** | Street Address of Joint Debtor (No. and Street, City, and State)<br>**16128 Carlow Circle**<br>**Manhattan, IL**                         ZIPCODE **60442** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                         ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ **Individual (includes Joint Debtors)**<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other **N.A.** | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests: _____<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____ | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Brian Patrick Foley & Jeanine Marie Foley |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X __/s/ Thomas L. Murphy_____ __1/23/13____ Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

| Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Brian Patrick Foley & Jeanine Marie Foley |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Brian Patrick Foley
Signature of Debtor

**X** /s/ Jeanine Marie Foley
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

1/23/13
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Attorney*

**X** /s/ Thomas L. Murphy
Signature of Attorney for Debtor(s)

THOMAS L. MURPHY 1998277
Printed Name of Attorney for Debtor(s)

Petti, Murphy, & Associates
Firm Name

1100 Ravinia Pl
Address

Orland Park, IL 60462

708-403-5500
Telephone Number

1/23/13
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re Brian Patrick Foley & Jeanine Marie Foley

Debtor(s)

Case No._____

(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
    ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
    ❏   Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____/s/ Brian Patrick Foley_____
                                                    BRIAN PATRICK FOLEY

Date: _____1/23/13_____

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re Brian Patrick Foley & Jeanine Marie Foley
_____
Debtor(s)

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                          Page 2

❏  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
　　❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
　　❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
　　❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____  /s/ Jeanine Marie Foley _____
                                    JEANINE MARIE FOLEY

Date: ___1/23/13_____

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6A (Official Form 6A) (12/07)**

In re __Brian Patrick Foley & Jeanine Marie Foley__    Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE A - REAL PROPERTY

　　Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

　　**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

　　If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3 bedroom 7 total room single family residence<br><br>16128 Carlow Cir<br>Manhattan, IL 60442 | Joint tenants | J | 164,275.00 | Exceeds Value |
| | | | | |
| | | Total ➤ | 164,275.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6B (Official Form 6B) (12/07)**

In re  <u>Brian Patrick Foley & Jeanine Marie Foley</u>   Case No. _____

**Debtor**   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Acct #996<br>First Midwest Bank<br>13500 S Cicero Ave<br>Crestwood, IL 60445 | J | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc household goods and furnishings of 7 room home<br>Debtors' residence | J | 1,500.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Necessary clothing of adult male<br>Dentors' residence | H | 400.00 |
| | | Necessary clothing of adult female<br>Debtors' residence | W | 400.00 |
| 7.  Furs and jewelry. | | Wedding rings<br>Debtors' residence | J | 250.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

In re   Brian Patrick Foley & Jeanine Marie Foley _____   Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Silver Cross Retirement Plan<br><br>Fidelity<br>PO Box 770002<br>Cincinnati, OH 45277 | W | 105.00 |
| | | Provena Retirement Plan<br>Lincoln Financial<br>PO Box 7876<br>Fort Wayne, IN 46801 | W | 194.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

In re   Brian Patrick Foley & Jeanine Marie Foley                                          Case No. _____
_____                                                         _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Hyundai Santa Fe 87,000 miles Debtors' residence | J | 7,750.00 |
| | | 2002 Nissan Pathfinder 150,000 miles Debtors' residence | J | 2,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____   continuation sheets attached        Total   $        13,399.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6C (Official Form 6C)  (04/10)

In re   Brian Patrick Foley & Jeanine Marie Foley                    Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                ☐   Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                     $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Misc household goods and furnishings of 7 room home | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 750.00<br>750.00 | 1,500.00 |
| Wedding rings | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 125.00<br>125.00 | 250.00 |
| Necessary clothing of adult male | (Husb)735 I.L.C.S 5§12-1001(a) | 400.00 | 400.00 |
| Necessary clothing of adult female | (Wife)735 I.L.C.S 5§12-1001(a) | 400.00 | 400.00 |
| 2007 Hyundai Santa Fe 87,000 miles | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(c) | 2,675.00<br>2,675.00<br>2,400.00 | 7,750.00 |
| 2002 Nissan Pathfinder 150,000 miles | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Husb)735 I.L.C.S 5§12-1001(c) | 300.00<br>2,400.00 | 2,700.00 |
| Checking Acct #996 | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 50.00<br>50.00 | 100.00 |
| Silver Cross Retirement Plan | (Wife)735 I.L.C.S 5§12-1006 | 105.00 | 105.00 |
| Provena Retirement Plan | (Wife)735 I.L.C.S 5§12-1006 | 194.00 | 194.00 |
|  | Total exemptions claimed: | 13,399.00 |  |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re ___Brian Patrick Foley & Jeanine Marie Foley___,          Case No. _____
    **Debtor**                         **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8400073502<br><br>US Bank Mortgage<br>PO Box 21948<br>Eagen, MN 55121 | | J | Incurred: 3/2009<br>Lien: 1st Mortgage<br>Security: 16128 Carlow Cir, Manhattan, IL<br><br>VALUE $   164,275.00 | | | | 198,991.00 | 34,716.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

___0___ continuation sheets attached

|  | | Subtotal ▶<br>(Total of this page) | $ 198,991.00 | $ **34,716.00** |
|---|---|---|---|---|
|  | | Total ▶<br>(Use only on last page) | $ 198,991.00 | $ **34,716.00** |
|  | | | (Report also on<br>Summary of Schedules) | (If applicable, report<br>also on Statistical<br>Summary of Certain<br>Liabilities and Related<br>Data.) |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.6-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6E (Official Form 6E) (04/10)**

In re  Brian Patrick Foley & Jeanine Marie Foley                              ,     Case No._____
_____Debtor_____                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6E (Official Form 6E) (04/10) - Cont.**

In re___Brian Patrick Foley & Jeanine Marie Foley_____,    Case No._____
              Debtor    (if known)

☐    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

_0_  **continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re __Brian Patrick Foley & Jeanine Marie Foley__,          Case No. _____
                   **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none <br><br> ABA Financial <br> PO Box 16 <br> Oak Forest, IL 60452 | | J | Incurred: 2008 <br> Consideration: Assignee for various creditors <br> Collecting for Women's Healthcare | | | | Notice Only |
| ACCOUNT NO.  aff896875 / aff89688 <br><br> Affiliated Radiologists <br> Dept 4104 <br> Carol Stream, IL 60122 | | J | Incurred: 2009 <br> Consideration: Medical services | | | | 36.00 |
| ACCOUNT NO.  27879814 <br><br> Alexandria Vaneck Co <br> 5660 Southwyck Blvd #110 <br> Toledo, OH 43614 | | J | Incurred: 7/2009 <br> Consideration: Assignee for various creditors <br> Collecting for Chicago Central | | | | Notice Only |
| ACCOUNT NO.  none <br><br> Alphamed <br> 6515 W Archer Ave <br> Chicago, IL 60638 | | J | Incurred: 2011 <br> Consideration: Medical services | | | | 89.35 |

_____20_____ continuation sheets attached

Subtotal ➤    $      125.35

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Brian Patrick Foley & Jeanine Marie Foley</u>,          Case No. _____
        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  unknown<br><br>American Medical Collection<br>PO Box 1235<br>Elmsford, NY 10523 | | J | Incurred: 2010<br>Consideration: Assignee for various creditors<br>Collecting for LabCorp | | | | Notice Only |
| ACCOUNT NO.  0183AJB377<br><br>Apria Healthcare<br>PO Box 802017<br>Chicago, IL 60680 | | H | Incurred: 9/2010<br>Consideration: Insurance premium | | | | 544.24 |
| ACCOUNT NO.  002531663<br><br>Armor Systems<br>1700 Kiefer Dr Ste 1<br>Zion, IL 60099 | | J | Incurred: 2010<br>Consideration: Assignee for various creditors<br>Collecting for Univ Anesth | | | | Notice Only |
| ACCOUNT NO.  5490990132296433<br><br>Asset Acceptance Llc<br>28405 Van Dyke<br>Warren, MI 48093 | | J | Incurred: 11/2012<br>Consideration: Assignee for various creditors<br>Collecting For Bank Of America | | | | Notice Only |
| ACCOUNT NO.  25821<br><br>Assoc Pathologists of Joliet<br>39784 Treasury Ctr<br>Chicago, IL 60694 | | J | Incurred: 2010<br>Consideration: Medical services | | | | 114.80 |

Sheet no. <u>1</u> of <u>20</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        659.04

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Brian Patrick Foley & Jeanine Marie Foley    ,    Case No. _____
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  multiple<br><br>Associated Radiologists of Joliet<br>39069 Treasury Cir<br>Chicago, IL 60694 | | J | Incurred: 2010<br>Consideration: Medical services<br>Acct # 44760 / 22519 / f027584192 / f027449982 / 25821 | | | | 463.60 |
| ACCOUNT NO.  5490990132296433<br><br>Bank Of America<br>PO Box 982234<br>El Paso, TX 79998 | | J | Incurred: 2009<br>Consideration: Credit card debt | | | | 33,828.00 |
| ACCOUNT NO.  9108<br><br>Bergwall Law Firm<br>165 Passaic Ave Ste 304<br>Farfield, NJ 07004 | | J | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting for Gene DX | | | | Notice Only |
| ACCOUNT NO.  169600600145xxxx<br><br>Best Buy Corporate Customer Care<br>P.O. Box 9312<br>Minneapolis, MN 55440 | | H | Incurred: 2011<br>Consideration: Charge card debt | | | | 691.00 |
| ACCOUNT NO.  sfb9122402<br><br>BI Anesthesia<br>PO Box 631<br>Lake Forest, IL 60045 | | J | Incurred: 2010<br>Consideration: Medical services | | | | 86.40 |

Sheet no.  2  of  20  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        35,069.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Brian Patrick Foley & Jeanine Marie Foley                    ,       Case No. _____
_____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none<br><br>Cab Services<br>PO Box 2668<br>Joliet, IL 60434 | | J | Incurred: 5/2012<br>Consideration: Assignee for various creditors<br>Collecting for Dr Rita Tamulis-shea | | | | Notice Only |
| ACCOUNT NO.  5178057307016233<br><br>Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130 | | J | Incurred: 2009<br>Consideration: Credit card debt | | | | 2,873.00 |
| ACCOUNT NO.  135140<br><br>Cardiology Associates of NW IN<br>PoO Box 3539<br>Munster, IN 46321 | | J | Incurred: 3/2012<br>Consideration: Medical services | | | | 710.99 |
| ACCOUNT NO.  2216583060<br><br>CBCS<br>Po Box 2589<br>Columbus, OH 43216 | | H | Incurred: 12/2010<br>Consideration: Assignee for various creditors<br>Collecting for Apria | | | | Notice Only |
| ACCOUNT NO.  foler000<br><br>Center for Neuro Dis<br>2222 Webber Rd<br>Crest Hill, IL 60403 | | J | Incurred: 4/2009<br>Consideration: Medical services | | | | 15.40 |

Sheet no.  3  of  20  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        3,599.39

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Brian Patrick Foley & Jeanine Marie Foley                 ,        Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none<br><br>Certified Services<br>PO Box 177<br>Waukegan, IL 60079 | | J | Incurred: 11/2012<br>Consideration: Assignee for various creditors<br>Collecting for Prairie Anest | | | | Notice Only |
| ACCOUNT NO.  122001<br><br>Chicago Central EP<br>75 Remittance Dr Ste 1151<br>Chicago, IL 60675 | | J | Incurred: 10/2009<br>Consideration: Medical services | | | | 30.60 |
| ACCOUNT NO.  10107765<br><br>Childrens Memorial Hospital<br>PO Box 4066<br>Carol Stream, IL 60197 | | J | Incurred: 10/2009<br>Consideration: Medical services | | | | 374.00 |
| ACCOUNT NO.  456446789<br><br>Commuity Hospital Anest<br>541 Otis Bowen Dr<br>Munster, IN 46321 | | J | Incurred: 2011<br>Consideration: Medical services | | | | 220.80 |
| ACCOUNT NO.  multiple<br><br>Community Hospital<br>PO Box 3602<br>Munster, IN 46321 | | J | Incurred: 2011<br>Consideration: Medical services<br>Acct # 06446789 / 06479624 / 06460685  / 06378898 / 06446789 | | | | 29,025.00 |

Sheet no. __4__ of _20_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  29,650.40

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Brian Patrick Foley & Jeanine Marie Foley_____,    Case No. _____
_____
      **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  multiple <br><br> Computer Credit <br> PO Box 5238 <br> Winston Slem, NC 27113 | | J | Incurred: 2008 <br> Consideration: Assignee for various creditors <br> Collecting for Rush | | | | Notice Only |
| ACCOUNT NO.  410955 <br><br> CPI <br> PO Box 416 <br> LaSalle, IL 61301 | | J | Incurred: 5/2012 <br> Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  E01981 <br><br> CPI <br> PO Box 416 <br> LaSalle, IL 61301 | | J | Incurred: 2010 <br> Consideration: Assignee for various creditors <br> Collecting for Dr Niazi | | | | Notice Only |
| ACCOUNT NO.  unknown <br><br> Credit Collection Services <br> Two Wells Ave <br> Newton, MA 02459 | | J | Incurred: 2012 <br> Consideration: Assignee for various creditors <br> Collecting for LabCorp | | | | Notice Only |
| ACCOUNT NO.  multiple <br><br> Creditors Collection Bureau <br> PO Box 63 <br> Kankakee, IL 60901 | | J | Incurred: 2010 <br> Consideration: Assignee for various creditors <br> Collecting for Assoc Radio of Joliet | | | | Notice Only |

Sheet no. __5__ of __20__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $                    0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   Brian Patrick Foley & Jeanine Marie Foley                    ,        Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3174946<br><br>Creditors Collection Bureau<br>PO Box 63<br>Kankakee, IL 60901 | | J | Incurred: 2009<br>Consideration: Assignee for various creditors<br>Collecting for Provena | | | | Notice Only |
| ACCOUNT NO.  f93878e53061<br><br>Creditors Discount & Audit<br>PO Box 213<br>Streator, IL 61364 | | J | Incurred: 2010<br>Consideration: Assignee for various creditors<br>Collecting for Heartland Cardio | | | | Notice Only |
| ACCOUNT NO.  f69224e39512<br><br>Creditors Discount & Audit<br>PO Box 213<br>Streator, IL 61364 | | J | Incurred: 2010<br>Consideration: Assignee for various creditors<br>Collecting for Assoc Path of Joliet | | | | Notice Only |
| ACCOUNT NO.  15211<br><br>Dr Jeffrey kramer<br>Po Box 597798<br>Chicago, IL 60659 | | J | Incurred: 2011<br>Consideration: Medical services | | | | 49.00 |
| ACCOUNT NO.  folje000<br><br>Dr Kathleen McCahill<br>1301 Copperfield Ste 212<br>Joliet, IL 60432 | | J | Incurred: 10/2010<br>Consideration: Medical services | | | | 125.00 |

Sheet no. __6__ of __20__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      174.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re    Brian Patrick Foley & Jeanine Marie Foley    ,    Case No. _____
         **Debtor**                                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none <br><br> Dr Rita Tamulis-shea <br> 3290 Executive Drive <br> Joliet, IL 60431 | | J | Incurred: 2012 <br> Consideration: Medical services | | | | 223.80 |
| ACCOUNT NO.  unknown <br><br> Dr Sher Ahsan Niazi <br> 1721 Glenwood Avenue <br> Joliet, IL 60435 | | J | Incurred: 2010 <br> Consideration: Medical services | | | | 204.00 |
| ACCOUNT NO.  00314798 / 00330617 <br><br> Em Strategies <br> PO Box 1208 <br> Bedford Park, IL 60499 | | J | Incurred: 2010 <br> Consideration: Medical services | | | | 55.70 |
| ACCOUNT NO.  101973 <br><br> Encourgaing Changes Counseling <br> 13717 S Rt 30 Ste 159 <br> Plainfield, IL 60544 | | J | Incurred: 10/2011 <br> Consideration: Medical services | | | | 40.25 |
| ACCOUNT NO.  0468995020 <br><br> Eye Center Physicians <br> 1725 W Harrison St Ste 906 <br> Chicago, IL 60612 | | J | Incurred: 1/2010 <br> Consideration: Medical services | | | | 22.40 |

Sheet no. __7__ of __20__ continuation sheets attached                                              Subtotal ➤  | $  | 546.15
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                  Total ➤  | $  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Brian Patrick Foley & Jeanine Marie Foley         ,          Case No. _____
            Debtor                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ns0234<br><br>FFCC<br>PO Box 20790<br>Columbus, OH 43220 | | J | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting for Dr Kramer | | | | Notice Only |
| ACCOUNT NO.  5178057307016233<br><br>Freedman Anselmo Lindberg Llc<br>PO Box 3228<br>Naperville, IL 60566 | | J | Incurred: 7/2012<br>Consideration: Assignee for various creditors<br>Collecting For Capital One Credit Card | | | | Notice Only |
| ACCOUNT NO.  1001595004<br><br>GeneDX<br>207 Perry Pkwy Ste 6<br>Gaithersburg, MD 20877 | | J | Incurred: 2010<br>Consideration: Medical services | | | | 1,612.00 |
| ACCOUNT NO.  112782<br><br>Heartland Cardio<br>1300 Cooperfield Ave Ste 3030<br>Joliet, IL 60432 | | J | Incurred: 2010<br>Consideration: Medical services | | | | 355.60 |
| ACCOUNT NO.  11397697<br><br>ICS<br>PO Box 1010<br>Tinley Park, IL 60477 | | J | Incurred: 6/2009<br>Consideration: Assignee for various creditors<br>Collecting for Joliet Radiological | | | | Notice Only |

Sheet no.  8  of  20  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $    1,967.60

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   Brian Patrick Foley & Jeanine Marie Foley              ,        Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  11927086<br><br>ICS<br>PO Box 1010<br>Tinley Park, IL 60477 | | J | Incurred: 3/2010<br>Consideration: Assignee for various creditors<br>Collecting for Pediatric Faculty | | | | Notice Only |
| ACCOUNT NO.  11909<br><br>IL Arthritis Center<br>15300 W Ave Ste 200 East<br>Orland Park, IL 60462 | | J | Incurred: 2009<br>Consideration: Medical services | | | | 30.00 |
| ACCOUNT NO.  folje000<br><br>Internal Medicine and Family<br>1719 Glenwood Ave<br>Joliet, IL 60435 | | J | Incurred: 4/2009<br>Consideration: Medical services | | | | 361.99 |
| ACCOUNT NO.  60-8301319<br><br>Joliet Radiological Service<br>36910 Treasury Cir<br>Chicago, IL 60694 | | J | Incurred: 1/2009<br>Consideration: Medical services | | | | 13.00 |
| ACCOUNT NO.  1846683<br><br>Komyatte & Casbon<br>9650 Gordon Dr<br>Highland, IN 46322 | | J | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting for Community Hosp | | | | Notice Only |

Sheet no.  9  of 20  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  404.99

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   Brian Patrick Foley & Jeanine Marie Foley             ,        Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1846070<br><br>Komyatte & Casbon<br>9650 Gordon Dr<br>Highland, IN 46322 | | J | Incurred: 2011<br>Consideration: Medical services | | | | 2,086.07 |
| ACCOUNT NO.   multiple<br><br>LabCorp<br>PO Box 2240<br>Burlington, NC 27216 | | J | Incurred: 2009<br>Consideration: Medical services<br>Acct # 24559292 / 36821906 / 45475715 / 19532830 / 26343816 / 01484494 / 08327270 / 76297088 / 47275447 / 48038734 | | | | 183.00 |
| ACCOUNT NO.   unknown<br><br>LCA Collections<br>PO Box 2240<br>Burlington, NC 27216 | | J | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting for LabCorp | | | | Notice Only |
| ACCOUNT NO.   510557<br><br>Lifewatch<br>2731 Paysphere Cir<br>Chicago, IL 60674 | | J | Incurred: 2/2011<br>Consideration: Medical services | | | | 5.00 |
| ACCOUNT NO.   00327416<br><br>MEA Munsteer<br>PO Box 5956<br>Carol Stream, IL 60197 | | J | Incurred: 2011<br>Consideration: Medical services | | | | 46.16 |

Sheet no.   10   of   20   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        2,320.23

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re ___Brian Patrick Foley & Jeanine Marie Foley_____,          Case No. _____
　　　　　　　　　　　　　　Debtor                                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  F000120453 <br><br> Medical Business Bureau <br> PO Box 1219 <br> Park Ridge, IL 60068 | | J | Incurred: 10/2012 <br> Consideration: Assignee for various creditors <br> Collecting for Cardiology Assoc | | | | Notice Only |
| ACCOUNT NO.  f000092196 <br><br> Medical Business Bureau <br> PO Box 1219 <br> Park Ridge, IL 60068 | | J | Incurred: 2010 <br> Consideration: Assignee for various creditors <br> Collecting for BI Anesthesia | | | | Notice Only |
| ACCOUNT NO.  7630518 <br><br> Medical Recovery Specialists <br> 2250 Devon Ave Ste 352 <br> Des Plaines, IL 60018 | | J | Incurred: 2010 <br> Consideration: Assignee for various creditors <br> Collecting for Superior Air | | | | Notice Only |
| ACCOUNT NO.  8460868 <br><br> Medical Recovery Specialists <br> 2250 Devon Ave Ste 352 <br> Des Plaines, IL 60018 | | J | Incurred: 2012 <br> Consideration: Assignee for various creditors <br> Collecting for Rush | | | | Notice Only |
| ACCOUNT NO.  multiple <br><br> Medical Recovery Specialists <br> 2250 Devon Ave Ste 352 <br> Des Plaines, IL 60018 | | J | Incurred: 2010 <br> Consideration: Assignee for various creditors <br> Collecting for Silver Cross | | | | Notice Only |

Sheet no. __11__ of __20__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $          0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   Brian Patrick Foley & Jeanine Marie Foley            ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 100218601 <br><br> Medicomp <br> 7845 Ellie Rd <br> Melbourne, FL 32904 | | J | Incurred: 11/2012 <br> Consideration: Medical services | | | | 77.26 |
| ACCOUNT NO. none <br><br> Merchants Credit Guide <br> 223 W jackson Blvd #400 <br> Chicago, IL 60606 | | J | Incurred: 2009 <br> Consideration: Assignee for various creditors <br> Collecting for Affiliated Radio | | | | Notice Only |
| ACCOUNT NO. multiple <br><br> Mercy <br> Po Box 97171 <br> Chicago, IL 60678 | | J | Incurred: 2009 <br> Consideration: Medical services <br> Act # A090820062 / A1106500181 / A1127900242 / 0920501323A / 0918300707A / 0920600059A | | | | 2,299.87 |
| ACCOUNT NO. 0935600184 / 1007700175 <br><br> MetroSouth <br> PO Box 2753 <br> Bedford Park, IL 60499 | | J | Incurred: 2010 <br> Consideration: Medical services | | | | 411.89 |
| ACCOUNT NO. 2401570 <br><br> Midwest Neoped Assoc <br> 900 Jorie Blvd Ste 186 <br> Oak Brook, IL 60523 | | J | Incurred: 2009 <br> Consideration: Medical services | | | | 45.80 |

Sheet no. 12 of 20 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,834.82

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Brian Patrick Foley & Jeanine Marie Foley              ,        Case No. _____
Debtor                                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  multiple<br><br>MQC Collection Service<br>PO Box 140700<br>Toledo, OH 43614 | | J | Incurred: 2012<br>Consideration: Assignee for various creditors<br>Collecting for Univ. Pathologists | | | | Notice Only |
| ACCOUNT NO.  357308<br><br>Munster radiology Group<br>9201 Calumet Ave<br>Munster, IN 46321 | | J | Incurred: 2011<br>Consideration: Medical services | | | | 18.60 |
| ACCOUNT NO.  011100037988<br><br>Nationwide Credit<br>PO Box 3159<br>Oak Brook, IL 60522 | | J | Incurred: 10/2012<br>Consideration: Assignee for various creditors<br>Collecting for Palos | | | | Notice Only |
| ACCOUNT NO.  ms602285<br><br>Nationwide Credit<br>PO Box 3159<br>Oak Brook, IL 60522 | | J | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting for MetroSouth | | | | Notice Only |
| ACCOUNT NO.  multiple<br><br>Nationwide Credit<br>PO Box 3159<br>Oak Brook, IL 60522 | | J | Incurred: 2009<br>Consideration: Assignee for various creditors<br>Collecting for Mercy | | | | Notice Only |

Sheet no.  13  of  20  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 18.60
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Brian Patrick Foley & Jeanine Marie Foley                    ,          Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  multiple<br><br>Nationwide Credit<br>PO Box 3159<br>Oak Brook, IL 60522 | | J | Incurred: 2010<br>Consideration: Assignee for various creditors<br>Collecting for Rush | | | | Notice Only |
| ACCOUNT NO.  multiple<br><br>Nationwide Credit<br>PO Box 3159<br>Oak Brook, IL 60522 | | J | Incurred: 2010<br>Consideration: Assignee for various creditors<br>Collecting for Rush | | | | Notice Only |
| ACCOUNT NO.  ep1003611<br><br>Northshore Univ Health<br>9532 Eagle Way<br>Chicago, IL 60678 | | J | Incurred: 9/2012<br>Consideration: Medical services | | | | 4,436.98 |
| ACCOUNT NO.  25556192<br><br>Northshore Univ Health System<br>9532 Eagle Way<br>Chicago, IL 60678 | | J | Incurred: 2011<br>Consideration: Medical services | | | | 389.80 |
| ACCOUNT NO.  X602479156<br><br>Palos Community Hospital<br>Attn Patient Accounts<br>12251 S. 80th Avenue<br>Palos Heights, IL 60463 | | J | Incurred: 2012<br>Consideration: Medical services | | | | 705.07 |

Sheet no.  14  of 20  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,531.85

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Brian Patrick Foley & Jeanine Marie Foley_____,    Case No. _____
            **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. lombplcs1811g<br><br>Pathology and Lab Consult<br>6965 Reliable Pkwy<br>Chicago, IL 60686 | | J | Incurred: 2011<br>Consideration: Medical services | | | | 277.50 |
| ACCOUNT NO. 5157582761<br><br>Pathology and Lab Consult<br>6965 Reliable Pkwy<br>Chicago, IL 60686 | | J | Incurred: 10/2012<br>Consideration: Medical services | | | | 58.50 |
| ACCOUNT NO. 66729957<br><br>Pediatric Cancer Institute<br>33329 Treasury Center<br>Chicago, IL 60694 | | J | Incurred: 5/2009<br>Consideration: Medical services | | | | 30.00 |
| ACCOUNT NO. 10107765<br><br>Pediatric Faculty Foundation<br>PO Box 4051<br>Carol Stream, IL 60197 | | J | Incurred: 10/2009<br>Consideration: Medical services | | | | 30.00 |
| ACCOUNT NO. pra11101004 / pra90724588 / pra90lhc322<br><br>Praieie Anesthesia<br>PO Box 4602<br>Dept 4041<br>Oak Brook, IL 60522 | | J | Incurred: 2009<br>Consideration: Medical services | | | | 425.60 |

Sheet no. _15_ of _20_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        821.60

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Brian Patrick Foley & Jeanine Marie Foley            ,  Case No. _____
_____
Debtor                                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 287604242319901 <br><br> Prairie Emergency Center <br> PO Box 189016 <br> Plantation, FL 33318 | | J | Incurred: 3/2007 <br> Consideration: Medical services | | | | 537.00 |
| ACCOUNT NO. dc0026911269 / dc0026914939 <br><br> Provena St Joseph Medical Center <br> Attn Patient Accounts <br> 333 N madison <br> Joliet, IL 60435 | | J | Incurred: 2009 <br> Consideration: Medical services | | | | 684.88 |
| ACCOUNT NO. dc0026917922 <br><br> Provena St Joseph Medical Center <br> Attn Patient Accounts <br> 333 N madison <br> Joliet, IL 60435 | | J | Incurred: 2009 <br> Consideration: Medical services | | | | 1,021.40 |
| ACCOUNT NO. multiple <br><br> Quest Diagnostics <br> 1355 Mittel Blvd <br> Attn Patient Billing <br> Wood Dale, IL 60191 | | J | Incurred: 2008 <br> Consideration: Medical services <br> Acct # 516787084 / 4905872864 / 4908194350 | | | | 28.80 |
| ACCOUNT NO. none <br><br> Recovery Resources <br> 830 N Meacham Rd <br> Schaumburg, IL 60173 | | J | Incurred: 2010 <br> Consideration: Assignee for various creditors <br> Collecting for Rush | | | | Notice Only |

Sheet no. 16 of 20 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,272.08

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Brian Patrick Foley & Jeanine Marie Foley          ,          Case No. _____
               **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 11G1202732 <br><br> Richard Levy MD <br> PO Box 99 <br> Matteson, IL 60443 | | J | Incurred: 1/2010 <br> Consideration: Medical services | | | | 40.20 |
| ACCOUNT NO. multiple <br><br> Rush University <br> 75 Remittance Dr Dept 1611 <br> Chicago, IL 60675 | | J | Incurred: 2010 <br> Consideration: Medical services <br> Acct #PB224876 / 529099 | | | | 1,395.00 |
| ACCOUNT NO. multiple <br><br> Rush University Medical Center <br> 23691 Netwrok Pl <br> Chicago, IL 60673 | | J | Incurred: 2007 <br> Consideration: Medical services <br> Acct # 56071042005, 56071042006, 56071042007, 56071042008, 56071042009, 56071042010, 56071042011, 56071042013, 56071042016, 56071042023, 58968752001, 58968752003, 58968752011, 58968752012, 58968752013, 58968752017, 58968752025, 58968752026, 58968752027, 58 | | | | 7,221.53 |
| ACCOUNT NO. 94598 <br><br> Scheck and Siress Prosthetics <br> 1S376 Summit Ave Court E <br> Oakbrook Terrace, IL 60181 | | J | Incurred: 6/2009 <br> Consideration: Medical services | | | | 154.00 |
| ACCOUNT NO. 97529 <br><br> Scheck and Siress Prosthetics <br> 1S376 Summit Ave Court E <br> Oakbrook Terrace, IL 60181 | | J | Incurred: 6/2009 <br> Consideration: Medical services | | | | 194.10 |

Sheet no. 17 of 20 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 9,004.83

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Brian Patrick Foley & Jeanine Marie Foley                    ,        Case No. _____

                   **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  lombl441m00706249<br><br>SCR Lab Services<br>Po box 5959<br>Carol Stream, IL 60197 | | J | Incurred: 1/2012<br>Consideration: Medical services | | | | 19.80 |
| ACCOUNT NO.  F028621704<br><br>Silver Cross Hospital<br>1900 Silver Cross Blvd.<br>New Lenox, IL 60451 | | J | Incurred: 2011<br>Consideration: Medical services | | | | 75.00 |
| ACCOUNT NO.  multiple<br><br>Silver Cross Hospital<br>PO Box 739<br>Moline, IL 61266 | | J | Incurred: 2007<br>Consideration: Medical services | | | | 35,700.00 |
| ACCOUNT NO.  0636100236 / 0811400130<br><br>St Francis Hospital<br>Po Box 2102<br>Bedord Park, IL 60499 | | J | Incurred: 2007<br>Consideration: Medical services | | | | 999.62 |
| ACCOUNT NO.  none<br><br>State Collection Services<br>2509 S Stoughton Rd<br>Madison, WI 53716 | | J | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting for Provena | | | | Notice Only |

Sheet no.  18  of  20  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                           Subtotal ➤ | $ | 36,794.42

                                           Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Brian Patrick Foley & Jeanine Marie Foley_____,        Case No. _____
           **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  folbr000<br><br>Sub Ped Pulmonology<br>1206 E 9th St<br>Lockport, IL 60441 | | J | Incurred: 10/2010<br>Consideration: Medical services | | | | 30.00 |
| ACCOUNT NO.  1024732<br><br>Superior Air  Ground Ambu Service<br>PO Box 1407<br>Elmhurst, IL 60126 | | J | Incurred: 2010<br>Consideration: Medical services | | | | 208.03 |
| ACCOUNT NO.  UNI90701009 / UNI90904004<br><br>University Anesthesiologists<br>PO Box 128<br>Glenview, IL 60025 | | J | Incurred: 2009<br>Consideration: Medical services | | | | 77.34 |
| ACCOUNT NO.  3825610<br><br>University of Chicago Physicians Group<br>75 Remisttance Dr Ste 1385<br>Chicago, IL 60675 | | J | Incurred: 8/2009<br>Consideration: Medical services | | | | 20.80 |
| ACCOUNT NO.  multiple<br><br>University Pathologists<br>5620 Southwyck Blvd<br>Toledo, OH 43614 | | J | Incurred: 2008<br>Consideration: Medical services<br>account #034433452, 034288128, 034120959, 039947475, 033121309, 033120114, 031946439, 031371633, 031315000, 02990263, 029513366, 029437509, 029420889, 026477204 | | | | 363.00 |

Sheet no. __19__ of __20__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   699.17

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Brian Patrick Foley & Jeanine Marie Foley               ,        Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  76389798 <br><br> Van Ru <br> Po Box 1366 <br> Des Plaines, IL 60017 | | J | Incurred: 11/2012 <br> Consideration: Assignee for various creditors <br> Collecting for Northshore | | | | Notice Only |
| ACCOUNT NO.  multiple <br><br> Vision Financial Services <br> PO Box 1768 <br> Laporte, IN 46352 | | J | Incurred: 2009 <br> Consideration: Assignee for various creditors <br> Collecting for Silver Cross | | | | 60.00 |
| ACCOUNT NO.  folje001 <br><br> Womaen's Healthcare of IL <br> 9601 165th St, Ste 2 <br> Orland Park, Illinois 60467 | | J | Incurred: 2008 <br> Consideration: Medical services | | | | 448.40 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.  20  of  20  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $　　　508.40

Total ► $　　133,001.92

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6G (Official Form 6G) (12/07)

In re ___Brian Patrick Foley & Jeanine Marie Foley_____    Case No. _____
                 **Debtor**                                                       **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| The Club Group<br>Spicebush at Sea Pines<br>P.O. Box 6989<br>Hilton Head Island, SC 29928 | Timeshare -- week 27 every year on Hilton Head Island, SC. 2 bedroom townhome style |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6H (Official Form 6H) (12/07)**

In re   Brian Patrick Foley & Jeanine Marie Foley_____       Case No. _____
                      **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B6I (Official Form 6I) (12/07)

In re ___Brian Patrick Foley & Jeanine Marie Foley___    Case _____
          **Debtor**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Son, Son | AGE(S): 8, 4 |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | Purchasing/shipping Manager | Reg Nurse |
| Name of Employer | X-cel Technologies | Silver Cross Hospital |
| How long employed | 15 yrs, 0 mos | 0 yrs, 5 mos |
| Address of Employer | 7800 Graphics Drive | 1900 Silver Cross Blvd |
| | Tinley Park, IL 60477 | New Lenox, IL 60451 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 1,820.00 | $ 6,673.33 |
| 2.  Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3.  SUBTOTAL | $ 1,820.00 | $ 6,673.33 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ 379.16 | $ 1,434.33 |
| b.  Insurance | $ 8.66 | $ 416.00 |
| c.  Union Dues | $ 0.00 | $ 0.00 |
| d.  Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ 387.82 | $ 1,850.33 |
| 6..  TOTAL NET MONTHLY TAKE HOME PAY | $ 1,432.18 | $ 4,823.00 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8.  Income from real property | $ 0.00 | $ 0.00 |
| 9.  Interest and dividends | $ 0.00 | $ 0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11.  Social security or other government assistance ( Specify)_____ | $ 0.00 | $ 0.00 |
| 12.  Pension or retirement income | $ 0.00 | $ 0.00 |
| 13.  Other monthly income_____ (Specify) _____ | $ 0.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,432.18 | $ 4,823.00 |
| 16.  COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 6,255.18 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

   None
   _____
   _____
   _____

In re  Brian Patrick Foley & Jeanine Marie Foley _____    Case No. _____
_____
**Debtor**                                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,165.00 |
|    a. Are real estate taxes included?      Yes _____  No ✓ | | |
|    b. Is property insurance included?      Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 250.00 |
|      b. Water and sewer | $ | 130.00 |
|      c. Telephone | $ | 270.00 |
|      d. Other  Cable Bundle | $ | 134.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 120.00 |
| 4. Food | $ | 900.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 600.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10.Charitable contributions | $ | 75.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 100.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d.Auto | $ | 100.00 |
|     e. Other_____ | $ | 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____Real estate | $ | 600.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other  HOA Dues | $ | 15.00 |
|     c. Other  Timeshare Fee $65 / Daycare $800 | $ | 865.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other        Kids School Expenses $220 Cont. Educ. $40 | $ | 260.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 6,179.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

   None _____

_____

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|   a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $4,823.00.  See Schedule I) | $ | 6,255.18 |
|   b. Average monthly expenses from Line 18 above | $ | 6,179.00 |
|   c. Monthly net income (a. minus b.)        (Net includes Debtor/Spouse combined Amounts) | $ | 76.18 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re    Brian Patrick Foley & Jeanine Marie Foley

_____    Case No. _____

Debtor

Chapter    _____7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    164,275.00 | | |
| B – Personal Property | YES | 3 | $    13,399.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $    198,991.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 21 | | $    133,001.92 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    6,255.18 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $    6,179.00 |
| **TOTAL** | | 33 | $    177,674.00 | $    331,992.92 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

# United States Bankruptcy Court
### Northern District of Illinois

In re    Brian Patrick Foley & Jeanine Marie Foley _____

          Debtor

Case No.    _____

Chapter    ___7___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 6,255.18 |
| Average Expenses (from Schedule J, Line 18) | $ 6,179.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $ 8,095.44 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 34,716.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 133,001.92 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 167,717.92 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

In re ___Brian Patrick Foley & Jeanine Marie Foley_____   Case No. _____
              **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___35___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___1/23/13_____           Signature: ___/s/ Brian Patrick Foley_____
                                                   **Debtor**

Date ___1/23/13_____           Signature: ___/s/ Jeanine Marie Foley_____
                                             **(Joint Debtor, if any)**

                                  **[If joint case, both spouses must sign.]**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____       _____
    Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____       Signature: _____

                                          _____
                                         [Print or type name of individual signing on behalf of debtor.]

       *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B7 (Official Form 7) (12/12)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re  Brian Patrick Foley & Jeanine Marie Foley                              Case No. _____
                                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

─────────────────────────────

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2013(db) | 2,364.34 | X-cel Technologies |
| 2012(db) | 41,513.00 | X-cel Technologies |
| 2011(db) | 33,460.00 | X-cel Technologies |
| | | |
| 2013(jdb) | 3,036.35 | Silver Cross Hospital |
| 2012(jdb) | 44,851.00 | Silver Cross Hospital Provena Unemployment |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B7 (12/12)                                                                                                    2

|          AMOUNT          |          SOURCE (if more than one)          |
|--------------------------|---------------------------------------------|
| 2011(jdb)  27,867.00     | Unemployment                                |

---

**2.   Income other than from employment or operation of business**

None
☒

      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.   Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|          AMOUNT          |          SOURCE          |
|--------------------------|--------------------------|

---

**3.   Payments to creditors**

None
☐

   *Complete a. or b., as appropriate, and c.*

   *a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|
| US Bank Mortgage<br>PO box 20005<br>Owensboro, KY 42304 | 11/12, 12/12, 1/13 | 3,495.00 | 198,991.00 |

---

None
☒

   *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|

B7 (12/12)                                                                                                                   3

---

None

☒     *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or
for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None

☒     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

None

☒     b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within
one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.   Repossessions, foreclosures and returns**

None

☒     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (12/12)                                                                                                          4

Bankruptcy2013 © 1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**6.   Assignments and Receiverships**

None   a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒           the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
            assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
            joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None   b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒           year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
            must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
            the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None         List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒           case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
            member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter
            12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
            unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None         List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒           commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or
            chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
            separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

B7 (12/12)                                                                                                    5

**9.    Payments related to debt counseling or bankruptcy**

None          List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐       for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
        bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| 001Debtor<br>372 Summit Ave.<br>Jersey City NJ 07306 | 1/2013 | 10.00 |
| Thomas L. Murphy<br>Petti, Murphy, & Associates<br>1100 Ravinia Pl<br>Orland Park, IL 60462 | 1/2013 | 2,000.00 for bankruptcy legal fees and filing fee |

**10.   Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒      of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
        of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
        whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

        b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case
        to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒      NAME OF TRUST OR OTHER DEVICE          DATE(S) OF          AMOUNT OF MONEY OR
                                              TRANSFER(S)          DESCRIPTION AND
                                                                   VALUE OF PROPERTY OR
                                                                   DEBTOR'S INTEREST IN PROPERTY

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

**11.   Closed financial accounts**

None
☒

     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.   Safe deposit boxes**

None
☐

     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| First Midwest Bank 13500 S Cicero Ave Crestwood, IL 60445 | Debtors | Birth Certificates | |

**13.   Setoffs**

None
☒

     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.   Property held for another person**

None
☒

     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B7 (12/12)                                                                                                                                7

---

**15.  Prior address of debtor**

None
☒

      If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                        NAME USED                                        DATES OF OCCUPANCY

---

**16.  Spouses and Former Spouses**

None
☒

      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

      NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

      "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

      "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

B7 (12/12)                                                                                                8

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law
with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or
was a party to the proceeding, and the docket number.

None
☒

NAME AND ADDRESS                    DOCKET NUMBER                    STATUS OR DISPOSITION
OF GOVERNMENTAL UNIT

**18.  Nature, location and name of business**

None
☒

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or
other activity either full- or part-time within six years immediately preceding the commencement of this case, or in
which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

None
☒

NAME                                                              ADDRESS

## [Questions 19 - 25 are not applicable to this case]

*    *    *    *    *    *

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B7 (12/12)                                                                                                        9

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  1/23/13 _____     Signature      /s/ Brian Patrick Foley
                                           of Debtor       _____
                                                           BRIAN PATRICK FOLEY

Date  1/23/13 _____     Signature      /s/ Jeanine Marie Foley
                                           of Joint Debtor _____
                                                           JEANINE MARIE FOLEY

                                    ___0___ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(c); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

Brian Patrick Foley & Jeanine Marie Foley

In re _____ ,    Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>US Bank Mortgage<br>PO Box 21948<br>Eagen, MN 55121 | **Describe Property Securing Debt:**<br>3 bedroom 7 total room single family residence |

Property will be *(check one)*:

☐ Surrendered　　　　　　☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt　　　　　　☑ Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:

☐ Surrendered　　　　　　☐ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt　　　　　　☐ Not claimed as exempt

B8 (Official Form 8) (12/08)                                                                    Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br>The Club Group<br>Spicebush at Sea Pines<br>P.O. Box 6989<br>Hilton Head Island, SC 29928 | **Describe Leased Property:**<br>Timeshare -- week 27 every year on Hilton Head Island, SC. 2 bedroom townhome style | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☑ YES      ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES      ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES      ☐ NO |

___0___continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 1/23/13 _____          /s/ Brian Patrick Foley _____
                                                Signature of Debtor


                                                /s/ Jeanine Marie Foley _____
                                                Signature of Joint Debtor

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Brian Patrick Foley & Jeanine Marie Foley _____    Case No. _____
_____
**Debtor**                                                        **(If known)**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

      I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____          _____
Printed name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy petition
Address:                                                          preparer is not an individual, state the Social Security
                                                                  number of the officer, principal, responsible person,
_____          or partner of the bankruptcy petition preparer.)
                                                                  (Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

### Certification of the Debtor

      I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

Brian Patrick Foley & Jeanine Marie Foley ___          X _/s/ Brian Patrick Foley_____    1/23/13
Printed Names(s) of Debtor(s)                                        Signature of Debtor                    Date

Case No. (if known)  _____          X _/s/ Jeanine Marie Foley_____    1/23/13
                                                                  Signature of Joint Debtor, (if any)          Date

---

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

ABA Financial
PO Box 16
Oak Forest, IL 60452


Affiliated Radiologists
Dept 4104
Carol Stream, IL 60122


Alexandria Vaneck Co
5660 Southwyck Blvd #110
Toledo, OH 43614


Alphamed
6515 W Archer Ave
Chicago, IL 60638


American Medical Collection
PO Box 1235
Elmsford, NY 10523


Apria Healthcare
PO Box 802017
Chicago, IL 60680


Armor Systems
1700 Kiefer Dr Ste 1
Zion, IL 60099


Asset Acceptance Llc
28405 Van Dyke
Warren, MI 48093


Assoc Pathologists of Joliet
39784 Treasury Ctr
Chicago, IL 60694


Associated Radiologists of Joliet
39069 Treasury Cir
Chicago, IL 60694

Bank Of America
PO Box 982234
El Paso, TX 79998


Bergwall Law Firm
165 Passaic Ave Ste 304
Farfield, NJ 07004


Best Buy Corporate Customer Care
P.O. Box 9312
Minneapolis, MN 55440



BI Anesthesia
PO Box 631
Lake Forest, IL 60045


Cab Services
PO Box 2668
Joliet, IL 60434


Capital One
PO Box 30285
Salt Lake City, UT 84130


Cardiology Associates of NW IN
PoO Box 3539
Munster, IN 46321


CBCS
Po Box 2589
Columbus, OH 43216


Center for Neuro Dis
2222 Webber Rd
Crest Hill, IL 60403


Certified Services
PO Box 177
Waukegan, IL 60079

Chicago Central EP
75 Remittance Dr Ste 1151
Chicago, IL 60675


Childrens Memorial Hospital
PO Box 4066
Carol Stream, IL 60197


Commuinty Hospital Anest
541 Otis Bowen Dr
Munster, IN 46321


Community Hospital
PO Box 3602
Munster, IN 46321


Computer Credit
PO Box 5238
Winston Slem, NC 27113


CPI
PO Box 416
LaSalle, IL 61301


CPI
PO Box 416
LaSalle, IL 61301


Credit Collection Services
Two Wells Ave
Newton, MA 02459


Creditors Collection Bureau
PO Box 63
Kankakee, IL 60901


Creditors Collection Bureau
PO Box 63
Kankakee, IL 60901

Creditors Discount & Audit
PO Box 213
Streator, IL 61364


Creditors Discount & Audit
PO Box 213
Streator, IL 61364


Dr Jeffrey kramer
Po Box 597798
Chicago, IL 60659


Dr Kathleen McCahill
1301 Copperfield Ste 212
Joliet, IL 60432


Dr Rita Tamulis-shea
3290 Executive Drive
Joliet, IL 60431


Dr Sher Ahsan Niazi
1721 Glenwood Avenue
Joliet, IL 60435


Em Strategies
PO Box 1208
Bedford Park, IL 60499


Encourgaing Changes Counseling
13717 S Rt 30 Ste 159
Plainfield, IL 60544


Eye Center Physicians
1725 W Harrison St Ste 906
Chicago, IL 60612


FFCC
PO Box 20790
Columbus, OH 43220

Freedman Anselmo Lindberg Llc
PO Box 3228
Naperville, IL 60566


GeneDX
207 Perry Pkwy Ste 6
Gaithersburg, MD 20877


Heartland Cardio
1300 Cooperfield Ave Ste 3030
Joliet, IL 60432


ICS
PO Box 1010
Tinley Park, IL 60477


ICS
PO Box 1010
Tinley Park, IL 60477


IL Arthritis Center
15300 W Ave Ste 200 East
Orland Park, IL 60462


Internal Medicine and Family
1719 Glenwood Ave
Joliet, IL 60435


Joliet Radiological Service
36910 Treasury Cir
Chicago, IL 60694


Komyatte & Casbon
9650 Gordon Dr
Highland, IN 46322


Komyatte & Casbon
9650 Gordon Dr
Highland, IN 46322

LabCorp
PO Box 2240
Burlington, NC 27216


LCA Collections
PO Box 2240
Burlington, NC 27216


Lifewatch
2731 Paysphere Cir
Chicago, IL 60674


MEA Munsteer
PO Box 5956
Carol Stream, IL 60197


Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068


Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068


Medical Recovery Specialists
2250 Devon Ave Ste 352
Des Plaines, IL 60018


Medical Recovery Specialists
2250 Devon Ave Ste 352
Des Plaines, IL 60018


Medical Recovery Specialists
2250 Devon Ave Ste 352
Des Plaines, IL 60018


Medicomp
7845 Ellie Rd
Melbourne, FL 32904

Merchants Credit Guide
223 W jackson Blvd #400
Chicago, IL 60606


Mercy
Po Box 97171
Chicago, IL 60678


MetroSouth
PO Box 2753
Bedford Park, IL 60499


Midwest Neoped Assoc
900 Jorie Blvd Ste 186
Oak Brook, IL 60523


MQC Collection Service
PO Box 140700
Toledo, OH 43614


Munster radiology Group
9201 Calumet Ave
Munster, IN 46321


Nationwide Credit
PO Box 3159
Oak Brook, IL 60522


Nationwide Credit
PO Box 3159
Oak Brook, IL 60522


Nationwide Credit
PO Box 3159
Oak Brook, IL 60522


Nationwide Credit
PO Box 3159
Oak Brook, IL 60522

Nationwide Credit
PO Box 3159
Oak Brook, IL 60522


Northshore Univ Health
9532 Eagle Way
Chicago, IL 60678


Northshore Univ Health System
9532 Eagle Way
Chicago, IL 60678


Palos Community Hospital
Attn Patient Accounts
12251 S. 80th Avenue
Palos Heights, IL 60463



Pathology and Lab Consult
6965 Reliable Pkwy
Chicago, IL 60686


Pathology and Lab Consult
6965 Reliable Pkwy
Chicago, IL 60686



Pediatric Cancer Institute
33329 Treasury Center
Chicago, IL 60694


Pediatric Faculty Foundation
PO Box 4051
Carol Stream, IL 60197


Praieie Anesthesia
PO Box 4602
Dept 4041
Oak Brook, IL 60522

Prairie Emergency Center
PO Box 189016
Plantation, FL 33318


Provena St Joseph Medical Center
Attn Patient Accounts
333 N madison
Joliet, IL 60435


Provena St Joseph Medical Center
Attn Patient Accounts
333 N madison
Joliet, IL 60435


Quest Diagnostics
1355 Mittel Blvd
Attn Patient Billing
Wood Dale, IL 60191


Recovery Resources
830 N Meacham Rd
Schaumburg, IL 60173


Richard Levy MD
PO Box 99
Matteson, IL 60443


Rush University
75 Remittance Dr Dept 1611
Chicago, IL 60675


Rush University Medical Center
23691 Netwrok Pl
Chicago, IL 60673


Scheck and Siress Prosthetics
1S376 Summit Ave Court E
Oakbrook Terrace, IL 60181


Scheck and Siress Prosthetics
1S376 Summit Ave Court E
Oakbrook Terrace, IL 60181

SCR Lab Services
Po box 5959
Carol Stream, IL 60197


Silver Cross Hospital
1900 Silver Cross Blvd.
New Lenox, IL 60451


Silver Cross Hospital
PO Box 739
Moline, IL 61266


St Francis Hospital
Po Box 2102
Bedord Park, IL 60499


State Collection Services
2509 S Stoughton Rd
Madison, WI 53716


Sub Ped Pulmonology
1206 E 9th St
Lockport, IL 60441


Superior Air  Ground Ambu Service
PO Box 1407
Elmhurst, IL 60126


The Club Group
Spicebush at Sea Pines
P.O. Box 6989
Hilton Head Island, SC 29928


University Anesthesiologists
PO Box 128
Glenview, IL 60025


University of Chicago Physicians Group
75 Remisttance Dr Ste 1385
Chicago, IL 60675

University Pathologists
5620 Southwyck Blvd
Toledo, OH 43614


US Bank Mortgage
PO Box 21948
Eagen, MN 55121


Van Ru
Po Box 1366
Des Plaines, IL 60017


Vision Financial Services
PO Box 1768
Laporte, IN 46352


Womaen's Healthcare of IL
9601 165th St, Ste 2
Orland Park, Illinois 60467

B203
12/94

# United States Bankruptcy Court
## Northern District of Illinois

In re  Brian Patrick Foley & Jeanine Marie Foley

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
    rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .........................……………….……...... $ _____1,694.00_____

Prior to the filing of this statement I have received .........………………..............…... $ _____1,694.00_____

Balance Due .......................……………………………………................... $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
If representation in adversary proceeding or other contested bankruptcy matter is required, an additional retainer of $1,000.00 with
additional billings at the rate of $260 per hour has been agreed with debtor. If not timely paid, counsel reserves the right to
withdraw.

Bankruptcy2013 © 1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 31210-301X-***** - PDF-XChange 2.5 DE

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

__1/23/13_____
*Date*

__/s/ Thomas L. Murphy_____
*Signature of Attorney*

__Petti, Murphy, & Associates_____
*Name of law firm*